

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER GRANTING REHEARING

Appellate case name:      Lacey  West  Fowler v. Julie Ann Badia and James Francis Badia

Appellate case number:   01-19-00632-CV

Trial court case number:  2016-45747C

Trial court:                      308th District Court of Harris County

      On January 30, 2020, this appeal was dismissed for want of prosecution. On February 13, 2020, appellant, Lacey West Fowler, filed a motion for rehearing. We **grant** appellant's request for rehearing, withdraw our opinion and judgment dismissing the appeal, and reinstate this case on the Court's active docket.

      Appellant's brief is due April 12, 2020.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                       Acting for the Court

Panel consists of Justices Keyes, Goodman, and Countiss.

Date: _March 10, 2020_